UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANA ESTHER CALDERON ORTIZ, OBO
BONITAS NAILS & SPA INC.,

,

                Plaintiff,

-against-

AMTRUST NORTH AMERICA, INC., ET AL.,,

                Defendants.

23-CV-3305 (LTS)

CIVIL JUDGMENT

For the reasons stated in the September 20, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: September 20, 2023
        New York, New York

                                                 /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                              Chief United States District Judge